UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Re:

LANA KEETON

Case No. 03-16521-LMI

Chapter 7

Debtor(s)

#290334

2011 APR 21 PM 3:49

**NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK**

Notice is hereby given that:

( x ) The trustee has a balance of $ 8820.49 remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§ 726, 1226 or 1326 in a case under chapter 7, 12 or 13. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( ) The trustee has a balance of $_____ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida to effect closing of this estate.

Dated: April 21, 2011

Trustee
DREW M. DILLWORTH

Copies to:
Debtor (at last current address)
Attorney for Debtor
U.S. trustee
Attachment

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Re:

LANA KEETON

Debtor(s)

Case No.  06-16521-LMI

Chapter 7

## NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

| CLAIM NUMBER | CLAIMANT | AMOUNT |
| --- | --- | --- |
| 000005 | Internal Revenue Service<br>SPF Bankruptcy<br>POB 17167 Stop 5760<br>Attn Bankruptcy Unit<br>St. Lauderdale, FL 33318 | $6,769.74 |
| Claim of Gov't Units | Internal Revenue Service<br>SPF Bankruptcy<br>POB 17167 Stop 5760<br>Attn Bankruptcy Unit<br>St. Lauderdale, FL 33318 | $2,050.75 |